**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                       CASE NO. 3:07mj100/MD

COTY WITHEY

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   June 29, 2007
Type of Motion/Pleading: MOTION TO RECONSIDER SENTENCE REGARDING INTERLOCK DEVICE
Filed by: DEFENDANT           on 6/28/07      Document 12
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                                 on            Doc.#
                                                 on            Doc.#
                                                 WILLIAM M. McCOOL, CLERK OF COURT

                                                 *s/ Elizabeth Cooley*
                                                 Deputy Clerk: Elizabeth Cooley

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 29TH day of June, 2007, that:

(a) The requested relief is DENIED.

(b) <u>The court is aware that an interlock device is discretionary for a first offense, and if it indicated otherwise, it misspoke. Regardless, it was and is the court's intent that the device be required for the entire one year period ordered. The court has the discretion to order the device for any period during probation, whether state law mandates it or not.</u>

                                                   /s/ Miles Davis
                                                   MILES DAVIS
                                                   UNITED STATES MAGISTRATE JUDGE

Entered On Docket: 6-29-07    By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: Breland, Keith

Document No.